UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TOBY'S EQUINE RESCUE, INC.,**

    **Plaintiff,**

v.                                                              Case No. 8:13-cv-1132-T-30MAP

**TELECOM LEASE ADVISORS, LLC,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Strike Demand for Jury Trial (Dkt. 7) and Plaintiff's Response in opposition (Dkt. 13). The Court, having reviewed the motion, response, and being otherwise advised in the premises, concludes that the motion should be denied.

Plaintiff filed this action against Defendant based on Defendant's purported breach of an option to purchase. The amended complaint asserts the following claims: specific performance of option to purchase; breach of option to purchase; promissory estoppel; intentional interference with advantageous business relationship; and conspiracy to defraud. The amended complaint includes a demand for jury trial.

The option to purchase, which is attached to the amended complaint, does not include a jury waiver. Defendant moves to strike Plaintiff's demand for jury trial based on a jury waiver that is included in a *separate* lease agreement between the parties. Plaintiff argues

that the lease agreement is not the operative document entitling Plaintiff to relief in this matter.  The Court agrees.  The lease agreement is separate and distinct from the option to purchase and the instant action does not relate to Plaintiff's occupancy on the subject property or the parties' relationship as tenant and landlord; therefore, the provisions in the lease agreement, such as the jury waiver, do not apply to the instant action.

In sum, Defendant's reliance on the lease agreement's jury waiver is misplaced because any jury waiver with respect to Plaintiff's rights under the option to purchase is not knowing, voluntary, and intelligent.  *See Allyn v. Western United Life Assur. Co.,* 347 F. Supp. 2d 1246 (M.D. Fla. 2004).

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Strike Demand for Jury Trial (Dkt. 7) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on May 23, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2013\13-cv-1132.mtstrikejurydemand.frm